1   TROUTMAN SANDERS LLP
    Jessica Lohr, Bar No. 302348
2   jessica.lohr@troutman.com
    11682 El Camino Real, Suite 400
3   San Diego, CA 92130
    Telephone: 858-509-6000
4   Facsimile: 858-509-6040

5   *Attorneys for Defendant*
    *Portfolio Recovery Associates, LLC*

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  GERALDINE DAVID,                    Case No. **'20CV0118 L    WVG**

12                 Plaintiff,           **DEFENDANT PORTFOLIO
                                        RECOVERY ASSOCIATES, LLC'S**
13  v.                                  **NOTICE OF REMOVAL**

14  PORTFOLIO RECOVERY
    ASSOCIATES, LLC,
15
                   Defendant.
16

17  TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

18        COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

19        Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery

20  Associates, LLC ("Defendant" or "PRA"), by counsel, hereby removes this civil

21  action, pending in the Superior Court of the State of California for the County of San

22  Diego, Case No. 37-2019-00067423-CL-NP-CTL (the "State Court Action"), to the

23  United States District Court for the Southern District of California. Removal is

24  proper because this Court has subject matter jurisdiction over the action under federal

25  question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, PRA removes this action

26  to this Court, and in support thereof, states the following:

27  ///

28

                               - 1 -
                                                    NOTICE OF REMOVAL

## I. BACKGROUND

1.    Plaintiff Geraldine David ("Plaintiff") commenced the State Court Action against PRA by filing a Complaint in the Superior Court of the State of California for the County of San Diego on December 18, 2019 (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process pleadings, and orders served on PRA in the State Court Action are attached hereto as **Exhibit A**.

2.    On December 20, 2019, PRA was served with a copy of the Complaint.

3.    This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4.    The above-captioned action is a suit for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* ("RFDCPA") .

## II. FEDERAL QUESTION JURISDICTION

5.    This Court has original jurisdiction over Plaintiff's TCPA and FDCPA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6.    This Court has supplemental jurisdiction over Plaintiff's California state-law claims pursuant to 28 U.S.C. § 1367(a), which states that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

///

NOTICE OF REMOVAL

7.     Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.     In her Complaint, Plaintiff alleges PRA placed telephone calls to Plaintiff's cellular telephone in violation of the TCPA. (Exhibit A at ¶¶ 17, 19.)

9.     In her Complaint, Plaintiff alleges PRA violated the FDCPA by engaging "causing Plaintiff's cellular telephone to ring repeatedly with the intent to annoy and harass Plaintiff . . . ." (*Id.* at ¶ 35.)

10.     Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the TCPA and the FDCPA.

11.     Plaintiff's claims purporting to arise under California state law are so related to Plaintiff's federal claims, which are within the original jurisdiction of this Court, that they form part of the same case or controversy.  Specifically, all claims arise out of PRA's alleged telephone calls to Plaintiff's cellular telephone number. Accordingly, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a).

12.     Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

13.     Venue is proper in this Court because this district and division encompass the Superior Court of the State of California for the County of San Diego, the forum from which the case has been removed.  *See* 28 U.S.C. § 1441.

NOTICE OF REMOVAL

IV. <u>NOTICE</u>

14.   Concurrent with the filing of this Notice, PRA will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of California for the County of San Diego.

15.   Upon information and belief, the contents of **<u>Exhibit A</u>** constitutes the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, PRA hereby removes this action to this Court.

Dated:   January 17, 2020          TROUTMAN SANDERS LLP


By: */s/ Jessica R. Lohr*
Jessica R. Lohr

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Erika Schmidt, am employed in the City of San Diego, County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 11682 El Camino Real, Suite 400, San Diego, CA 92130.

On January 17, 2020, I served the foregoing document(s) described as:

1. **DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF REMOVAL**

On the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service:

**XX** - VIA U.S. MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. A true and correct copy thereof was enclosed in sealed envelope(s) and addressed as follows.

**<u>Counsel for Plaintiff</u>**

Joshua B. Swigart (SBN 225557)
Josh@SwigartLawgroup.com
Swigart Law Group, APC
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Phone: (866) 219-3343

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
Law Office of Daniel G. Shay
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Phone: (619) 222-7429

FEDERAL ONLY - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2020, at San Diego, California.

*/s/ Erika Schmidt*
Erika Schmidt

NOTICE OF REMOVAL

41088831